**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 20-cv-60558-SINGHAL

ALDINA BOURNE, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (DE [9]), filed on April 20, 2020.  Being fully advised, it is

**ORDERED** that the above-styled case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** the file.  Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of Aprl 2020.

_____
**RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies to counsel via CM/ECF